UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY TUCKER,<br><br>      Plaintiff,<br><br>-against-<br><br>EURO CERAMICA, INC.,<br><br>      Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:22-cv-08919-ER |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Henry Tucker** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **with prejudice** against Defendant, **Euro Ceramica, Inc.** since no party has answered or otherwise moved for summary judgment in this action.

Dated: May 8, 2023

                            The Marks Law Firm, P.C.

                       By:_____
                         Bradly G. Marks
                         The Marks Law Firm, PC
                         155 E 55th Street, Suite 4H
                         New York, NY 10022
                         T:(646) 770-3775